IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **ROBIN JORDAN**, | § § § § | |
| Plaintiff, | | |
| vs. | § § § | CASE NO. 3:21-cv-653 |
| **COMPLETE HEALTH PARTNERS OF FLORIDA, INC., A/K/A COMPLETE HEALTH PARTNERS, INC., A/K/A COMPLETE HEALTH. LLC,** | § § § § § § § | |
| Defendant. | § | |

_____

### DEFENDANT'S DISCLOSURE STATEMENT

COMES NOW, Defendant, Complete Health Partners of Florida, Inc., a/k/a Complete Health Partners, Inc., a/k/a Complete Health, LLC, by and through its undersigned counsel, pursuant to Local Rule 3.03, and submits the following Disclosure Statement:

**(1) Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome.**

Robin Jordan

1

    Andrew M. Bonderud, Esquire

    The Bonderud Law Firm

    Meg Zabijaka, Esquire

    Jadie Mims, Esquire

    Constangy, Brooks, Smith & Prophete, LLP

    Complete Health Partners, Inc.

    Complete Health Accountable Care, LLC

    OMA Management, LLC

    OMA AL Holdings, LLC

    Birmingham Internal Medicine Associates, LLC

    Northside Apothecary, LLC

    Ormond Medical Arts Family Practice, LLC

    Pharos Capital Partners III, LP

    Pharos Capital Partners III-A, LP

    Jeffrey Preuss

    Chip Dempsey

    BIMA Ownership Group

**(2) Each entity with publicly traded shares or debt potentially affected by the outcome.**

    None.

**(3) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee.**

    None.

**(4) Each person arguably eligible for restitution.**

Plaintiff, Robin Jordan, alleges that she is the victim of unlawful conduct. Defendant denies her allegations.

## CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED this 29th day of July, 2021.

Respectfully submitted,

CONSTANGY, BROOKS, SMITH,
& PROPHETE, LLP
200 W. Forsyth St., Ste. 1700
Jacksonville, Florida 32202
Telephone: (904) 356-8900
Facsimile: (904) 356-8200

By: /s/ Margaret P. Zabijaka
    Margaret P. Zabijaka
    Florida Bar No.: 119880
    mzabijaka@constangy.com
    Jadie R. Mims
    Florida Bar No.: 1002318
    jmims@constangy.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July, 2021, I electronically filed the foregoing by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record herein.

/s/ Margaret P. Zabijaka
Attorney
