# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROBIN JORDAN,
    Plaintiff,

v.

COMPLETE HEALTH PARTNERS OF FLORIDA, INC., a/k/a COMPLETE HEALTH PARTNERS, INC., a/k/a COMPLETE HEALTH, LLC,
    Defendant.

Case No. 3:21-cv-653-MMH-PDB

## MOTION TO WITHDRAW

**COMES NOW** the undersigned Counsel for Plaintiff, ROBIN JORDAN, and respectfully requests the entry of an Order, permitting the undersigned Counsel to withdraw from further representation of Plaintiff, and in support thereof states the following:

1. Irreconcilable differences exist between Plaintiff and the undersigned Counsel, mandating that the undersigned Counsel seek to withdraw from further representation of Plaintiff.

2. Undersigned Counsel has sought in good faith to resolve these differences without success.

3. Plaintiff's last known address and contact information is as follows: Robin Jordan, 734 Windemere Way, St. Augustine, FL 32095, RMJordan20@gmail.com, 904-504-0335.

4.      Plaintiff does not desire the undersigned Counsel to continue representing Plaintiff, but Plaintiff seeks additional time to seek replacement counsel.

5.      Plaintiff is expeditiously seeking other representation and, therefore, undersigned Counsel requests that the Court provide Plaintiff with 30 days to find replacement Counsel.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I certify that, on this day, I conferred with Counsel for Defendant via email about the relief sought in this motion. Defendant does not oppose this motion.

**WHEREFORE**, the undersigned Counsel respectfully requests the entry of an Order, permitting undersigned Counsel to withdraw from further representation of Plaintiff.

Dated August 5, 2021.                                            **THE BONDERUD LAW FIRM, P.A.**

*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
2130 Riverside Ave.
Jacksonville, FL 32204
904-438-8082 (telephone)
904-800-1482 (facsimile)
Andrew@Jax.Lawyer
Kinnette@Jax.Lawyer
BonderudLaw@gmail.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will serve a notice of electronic filing via email upon:

Meg Zabijaka, Esq.
200 West Forsyth Street, Suite 1700
Jacksonville, FL 32202
MZabijaka@constangy.com
*Counsel for Defendant*

**I FURTHER CERTIFY** that on this date, I emailed a true and accurate copy of the foregoing document to:

Robin Jordan
734 Windemere Way
St. Augustine, FL 32095
RMJordan20@gmail.com
*Defendant*

             */s/ Andrew Bonderud*
              Attorney