UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBIN JORDAN,
    Plaintiff,

v.                                Case No.:  3:21-cv-653-MMH-PDB

COMPLETE HEALTH PARTNERS
OF FLORIDA, INC., a/k/a COMPLETE
HEALTH PARTNERS, INC., a/k/a
COMPLETE HEALTH, LLC,
    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08(a) Plaintiff, ROBIN JORDAN, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, COMPLETE HEALTH PARTNERS OF FLORIDA, INC., a/k/a COMPLETE HEALTH PARTNERS, INC., a/k/a COMPLETE HEALTH, LLC, has been settled.

Dated this 22nd day of November, 2021.

                                              Respectfully submitted,

                                              *s/ Steven G. Wenzel*
                                              **STEVEN G. WENZEL**
                                              Florida Bar Number: 159901
                                              **WENZEL FENTON CABASSA, P.A.**
                                              1110 North Florida Avenue, Suite 300
                                              Tampa, Florida  33602
                                              Main Number: 813-224-0431
                                              Direct Dial: 813-223-6545
                                              Facsimile: 813-229-8712
                                              Email: swenzel@wfclaw.com
                                              Email: rcooke@wfclaw.com
                                              **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of November, 2021, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                  *s/ Steven G. Wenzel*
                                  **STEVEN G. WENZEL**